UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY FRAZIER,<br><br>    Plaintiff,<br><br>v.<br><br>1331 W. WASHINGTON PARTNERS,<br><br>    Defendant. | Case No.  2:23-cv-02936-SB-JPR<br><br><br>ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION |

On July 17, 2023, Plaintiff filed proof that Defendant 1331 W. Washington Partners was served in this matter on July 17, 2023.  Dkt. No. 13.  Defendant's responsive pleading was due on August 7, 2023.  None has been filed, and Plaintiff has not sought entry of default.  Plaintiff is ordered to show cause, in writing, no later than August 21, 2023, why her claims should not be dismissed for lack of prosecution.

The Court will consider as an appropriate response to this Order to Show Cause the filing, on or before the above date, of an application for entry of default under Rule 55(a).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

Upon receipt of the remedy mentioned above, this Order to Show Cause will be automatically discharged without further order.  Failure to timely respond to the Order to Show Cause will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

IT IS SO ORDERED

Date: August 14, 2023

_____
Stanley Blumenfeld, Jr.
United States District Judge